# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

IN THE MATTER OF:

SEARCH AND SEIZURE WARRANTS, APPLICATIONS, PEN REGISTERS, AND NON-DISCLOSURE ORDERS

CASE NO. 3:21-MJ-241-PBS

## ORDER UNSEALING CASE EXCEPT CERTAIN DOCKET ENTRIES

This matter is before the Court on the motion of the United States to permanently seal certain documents and unseal the case. For the reasons stated by the United States and for good cause, the motion is **GRANTED**. It is hereby **ORDERED**:

1. The Application for a Search Warrant (Doc. 1), as well as the instant motion and this Order, shall be permanently sealed.

2. The redacted version of the Application for a Search Warrant shall be filed on the Court's docket.

3. This case shall be unsealed.

**IT IS SO ORDERED.**

DATE: 9/30/24

UNITED STATES MAGISTRATE JUDGE